UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL MAGEE,<br><br>       Plaintiff,<br><br>    v.<br><br>MATHEW CATE,<br><br>       Defendant. | No. 2:13-cv-0120 DAD<br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed January 14, 2014, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  More than thirty days from that date have now passed, and plaintiff has not filed an amended complaint.  Instead, plaintiff has filed a motion styled as "Ex Parte Motion for Relief from Judgment." (ECF No. 10.)  Therein, plaintiff makes a number of claims regarding double jeopardy and actual innocence that appear to concern plaintiff's criminal conviction underlying his prison sentence. The allegations made in this filing appear to be related to a petition for habeas corpus plaintiff has filed in the U.S. District Court for the Central District of California. None of plaintiff's allegations in this motion appear to be related to the present civil rights action pending before this court.  Moreover, even when construed liberally, plaintiff's motion does not suffice as, nor in any way can be construed as, an

/////

1

amended complaint.  For all of these reasons plaintiff's motion for relief from judgment will be denied.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign this action to a United States District Judge.

Furthermore, IT IS HEREBY RECOMMENDED that plaintiff's motion styled as "Ex Parte Motion for Relief from Judgment" (ECF No. 10) be denied and that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 20, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Mage0120.fta.docx

2